**Order entered November 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00483-CR**

**RONALD KARL SHERMAN JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. M1970682**

**ORDER**

Before the Court is appellant's November 28, 2022 second motion for extension of time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** his brief to be filed by December 19, 2022. We **CAUTION** appellant that if he fails to file his brief by that date, the Court may abate this case for a hearing in the trial court to determine why the brief has not been filed. *See* TEX. R. APP. P. 38.8(b).

/s/    ERIN A. NOWELL
       JUSTICE